James R. COUGHLIN, Appellant,

v.

CHICAGO & NORTHWESTERN RAILWAY CO., a Corporation.

No. 16078.

United States Court of Appeals
Eighth Circuit.

Nov. 21, 1958.

Robert O. Sylvester, Sioux City, Iowa, for appellant.

Frank W. Davis and Ray H. Johnson, Jr., Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, at appellant's cost, for want of prosecution.

Yancey HARRISON, Jr., Appellant,

v.

R. O. SETTLE, Warden, U. S. Medical Center.

No. 16118.

United States Court of Appeals
Eighth Circuit.

Nov. 5, 1958.

Yancey Harrison, Jr., pro se.

Edward L. Scheufler, U. S. Atty., and Joseph L. Flynn, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.

Jim SPAIN, Appellant,

v.

UNITED STATES of America.

No. 16117.

United States Court of Appeals
Eighth Circuit.

Nov. 5, 1958.

A. L. Shortridge, Joplin, Mo., for appellant.

Edward L. Scheufler, U. S. Atty., and Joseph L. Flynn, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.